**FILED**

**DEC 1 9 2002**

CLERK, U. S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

MICHAEL DEAN GONZALES,      §
    Petitioner      §
          §
v.      §      MO-99-CA-072
          §      CAPITAL HABEAS
JANIE COCKRELL, Director,      §
Texas Department of Criminal Justice,      §
Institutional Division,      §
    Respondent      §

### FINAL JUDGMENT

On this day the Court entered an Order granting Respondent's Partial Motion for Summary Judgment and granted Petitioner Michael Dean Gonzales a new sentencing hearing, based, in part, on Respondent's Notice of Error. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that Respondent's Partial Motion for Summary Judgment be **GRANTED**. The jury verdict and judgment as to conviction therefore remain in full force and effect. To this extent, Petitioner's Application for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Petitioner's Writ of Habeas Corpus as to all sentencing issues is **GRANTED** and thus that Michael Dean Gonzales' sentence of death is **VACATED**.

**IT IS FURTHER ORDERED** that Petitioner Michael Dean Gonzales is **GRANTED** a **NEW SENTENCING HEARING** and this cause is **REMANDED** to the 358th District Court of Odessa, Ector County, Texas.



**IT IS FURTHER ORDERED** that the **STAY OF EXECUTION** shall remain in effect until Petitioner is re-sentenced.

**IT IS FINALLY ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**.

**Signed** on this _19th_ day of **December, 2002**.

_Royal Furgeson_
**ROYAL FURGESON**
United States District Judge
Western District of Texas