UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION

FILED
JAN 29 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| MICHAEL DEAN GONZALES, | § | |
| Petitioner, | § | |
| V. | § | MO-99-CA-072 |
| | § | CAPITAL HABEAS |
| JANIE COCKRELL, | § | |
| Respondent | § | |

### *EX PARTE* ORDER
### APPOINTING ADDITIONAL COUNSEL

On this day came to be considered the Petitioner's Motion to Appoint Additional Counsel, Or Alternatively, to Substitute Counsel for Purposes of Appeal. Having considered the facts presented and the applicable law, the Court is of the opinion that the requested relief should be GRANTED. Therefore, the Court hereby appoints Mr. Andrew Hammel, Esq., State Bar No. 00796698, C/O Rountree & Owen, L.L.P., 510 S. Congress, Suite 308, Austin, Texas 78704, as additional counsel in the above-styled case.

SO ORDERED on this the 28th day of January, 2003

_____
ROYAL FURGESON
U.S. District Judge

