UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION

FILED
FEB 12 2003
CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| MICHAEL DEAN GONZALES, | § | |
| Petitioner, | § | |
| V. | § | MO-99-CA-072 |
| | § | CAPITAL HABEAS |
| JANIE COCKRELL, | § | |
| Respondent | § | |

## NOTICE OF APPEAL

Petitioner Michael Dean Gonzales, by and through his attorneys, gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Order Granting Respondent's Partial Summary Judgment and, in part, Dismissing With Prejudice Petitioner's Application for Writ of Habeas Corpus (filed December 19, 2002), as amended in the First Amended Final Judgment (filed January 14, 2003), in the above styled and numbered cause.

DATED: February 11, 2003.

Respectfully submitted.

_____
ADRIENNE URRUTIA
Attorney at Law
12011 Huebner Road
Suite 201
San Antonio, Texas 78230
(210) 690-1790
FAX (210) 690-0800
State Bar Number: 20415730



ANDREW HAMMEL  
Rountree & Owen  
510 S. Congress, Ste 308  
Austin, Texas 78704  
(512) 320-0334

STEVEN C. LOSCH  
Attorney at Law  
906 Delia Drive  
Longview, Texas 75601  
(903) 234-1373

*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| MICHAEL DEAN GONZALES, § | | |
|     Petitioner, § | | |
| V. § | MO-99-CA-072 | |
| § | CAPITAL HABEAS | |
| JANIE COCKRELL, § | | |
|     Respondent § | | |

**DESIGNATION OF RECORD**

Petitioner Michael Dean Gonzales, by and through his attorneys, hereby designates as record all of the original documents and instruments filed with the District Clerk, and including but not limited to, all exhibits entered into evidence by either the State, the Petitioner, or the Court, and a complete transcript of all state and federal court proceedings including all docket calls, jury selection and trial, jury arguments, all bench conferences, sentencing, exhibits, and any post-trial proceedings, and a certified copy of the docket entries prepared by the Clerk of the Court.

DATED: February 11, 2003.

Respectfully submitted.

*[signature]*

ADRIENNE URRUTIA
Attorney at Law
12011 Huebner Road
Suite 201
San Antonio, Texas 78230
(210) 690-1790
FAX (210) 690-0800
State Bar Number: 20415730

| | |
|---|---|
| ANDREW HAMMEL | STEVEN C. LOSCH |
| Rountree & Owen | Attorney at Law |
| 510 S. Congress, Ste 308 | 906 Delia Drive |
| Austin, Texas 78704 | Longview, Texas 75601 |
| (512) 320-0334 | (903) 234-1373 |

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Notice of Appeal and Designation of Record on Texas Attorney General Greg Abbott (Attn: John Andrew Hutton, Assistant Attorney General), by mailing it to his office at P.O. Box 12548, Capitol Station, Austin, Texas 78711, on February 11, 2003.

*[signature]*

ADRIENNE URRUTIA

*Attorney for Petitioner*