# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION
200 EAST WALL, ROOM 107
MIDLAND, TEXAS 79701-5217

WILLIAM G. PUTNICKI
CLERK OF COURT

February 28, 2007

David T Duncan, Jr.
Assistant Attorney General
P O Box 12548, Capitol Station
Austin, TX 78711-2548

John Andrew Hutton
Clark, Thomas & Winters, P.C.
P O Box 1148
Austin, TX 78767

Re: Gonzales v. Cockrell
MO-99-CV-072

Dear Attorneys:

The above captioned case is closed. Pursuant to Local Rule CV-79, "The party offering any exhibit or deposition shall be responsible for its removal from the Clerk's Office within sixty (60) days after the final disposition of the case, including appeal thereof. A detailed receipt shall be given by the party to the clerk. Any exhibit or deposition remaining more than sixty (60) days after final disposition of the case, including appeal, may be destroyed or otherwise disposed of the by The Clerk."

**PLEASE CONTACT THE U.S. CLERK'S OFFICE AT (432) 686-4001 TO MAKE ARRANGEMENTS TO PICK UP THE EXHIBITS.**

If the exhibits are not claimed by **April 30**, they will be disposed of by the Clerk..

Sincerely Yours,

WILLIAM G. PUTNICKI, Clerk

/s/
_____
By: Celia G Nazaroff, Deputy Clerk

cgn

*[Handwritten annotation: Destroyed 5-9-07]*